Michael J. Pérez, Esq. (California State Bar No. 151039)
*Appearing Pro Hac Vice*
PEREZ VAUGHN & FEASBY Inc.
600 B St., Suite 2100
San Diego, CA 92101
Telephone: (619) 741-0282
Facsimile: (619) 460-0437
Email: perez@pvflaw.com

Attorneys for Defendant Kishore Vangipuram

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Andrew Warner and Kishore Vangipuram,<br><br>Defendant, | Case No. 26CRIM055<br><br>**ORDER GRANTING MOTION TO WAIVE DEFENDANT'S PERSONAL APPEARANCE AT STATUS CONFERENCE**<br><br>Date: August 20, 2026<br>Time: 11:00 a.m.<br>Courtroom: 706 |

Upon the motion of defendant Kishore Vangipuram ("Defendant"), the accompanying declaration, and for good cause shown, it is hereby ORDERED that:

1. The motion to waive Defendant's personal appearance at the status conference is GRANTED;
2. Defendant's personal appearance is excused for the status conference scheduled for August 20, 2026, in Courtroom 706, before the Honorable J. Paul Oetken; and,
3. Defense counsel may appear and address all matters on Defendant's behalf at the status conference, and shall reiterate Defendant's waiver of personal appearance on the record.

/ / /

If deemed necessary and requested by the Court, and if arranged in advance with the courtroom deputy, Defendant may participate remotely by telephone or videoconference, using connection details provided by Chambers or the courtroom deputy.

SO ORDERED.

DATE: August 13, 2026

J. PAUL OETKEN
United States District Judge