Michael J. Pérez, Esq. (California State Bar No. 151039)
*Appearing Pro Hac Vice*
PEREZ VAUGHN & FEASBY Inc.
600 B St., Suite 2100
San Diego, CA 92101
Telephone: (619) 741-0282
Facsimile: (619) 460-0437
Email: perez@pvflaw.com

Attorneys for Defendant Kishore Vangipuram

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Andrew Warner and Kishore Vangipuram,<br><br>Defendant, | Case No. 26CRIM055<br><br>**ORDER**<br><br>Date: November 19, 2026<br>Time: 10:30 a.m.<br>Courtroom: 706 |

The Court, having considered defendant Kishore Vangipuram's Motion to Permit Waiver of Personal Appearance at Motions Hearing and for Permission to Travel, and good cause appearing, ORDERS as follows:

1. Defendant's personal appearance at the motions hearing on November 19, 2026, is excused. Defense counsel may appear and address all matters on Defendant's behalf.
2. At the Court's discretion, Defendant may participate remotely by telephone or videoconference if coordinated with the courtroom deputy.
3. Defendant is hereby permitted to travel to South Bend, Indiana, on or about December 13, 2026, through December 17, 2026 to confer with his defense counsel

at SouthBank Legal, 100 E. Wayne Street, Suite 300, South Bend, Indiana 46601. Defendant shall provide his itinerary and lodging information to Pretrial Services before departure.

4. All other conditions of release remain in full force and effect.

IT IS SO ORDERED.

DATE: November 9, 2026

J. PAUL OETKEN
United States District Judge